≲JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __FBI__

City __Mashpee__   **Related Case Information:**

County __Barnstable__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __20-2465,2550,2599,2609 (MBB)__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Cedric Cromwell__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) Attleboro, MA__

Birth date (Yr only): __1965__  SSN (last4#): __8435__  Sex __M__  Race: __Native Am__  Nationality: __US__

**Defense Counsel if known:** __Timothy R. Flaherty__   Address __699 Boylston Street, 12th Floor__

**Bar Number** __557477__   __Boston, MA 02116__

**U.S. Attorney Information:**

AUSA __Christine Wichers__   Bar Number if applicable __631857__

Interpreter:  ☐ Yes ☑ No   List language and/or dialect: _____

Victims:   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony __8__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/12/2020__   Signature of AUSA: _[signature]_

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Cedric Cromwell

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Commit Federal Programs Bribery | 1 |
| Set 2 | 18 USC 666(a)(1)(B), 2 | Bribery Concerning Programs Receiving Federal Funds; Aiding & Abetting | 2-3 |
| Set 3 | 18 USC 1951 | Conspiracy to Commit Extortion | 6 |
| Set 4 | 18 USC 1951 | Extortion | 7-10 |
| Set 5 | 18 USC 981(a)(1)(C) ... | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Mashpee    **Related Case Information:**

**County** Barnstable

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-2465,2550,2599,2609 (MBB)
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: David DeQuattro    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Warwick, RI

Birth date (Yr only): 1966   SSN (last4#): 4303   Sex: M   Race: W   Nationality: US

**Defense Counsel if known:** William Sinnott    Address: Barrett & Singal, P.C.

**Bar Number** 547423    One Beacon St., Ste 1320    Boston, MA 02108

**U.S. Attorney Information:**

**AUSA** Christine Wichers    Bar Number if applicable 631857

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/12/2020    Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   David DeQuattro

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Commit Federal Programs Bribery | 1 |
| Set 2 | 18 USC 666(a)(2), 2 | Bribery Concerning Programs Receiving Federal Funds; Aiding & Abetting | 4-5 |
| Set 3 | 18 USC 981(a)(1)(C) ... | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____