AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CEDRIC CROMWELL and DAVID DEQUATTRO | ) ) ) ) ) | Case No. 20cr10271 |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CEDRIC CROMWELL,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Federal Programs Bribery, in violation of 18 USC 371
Federal Programs Bribery, and Aiding and Abetting, in violation of 18 USC 666(a)(1)(B), 18 USC 2
Conspiracy to Commit Extortion Under Color of Official Right, in violation of 18 USC 1951
Extortion Under Color of Official Right, in violation of 18 USC 1951

Date: 11/12/2020

/s/ Judith Gail Dein
*Issuing officer's signature*

City and state: Boston, MA

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| CEDRIC CROMWELL and | ) Case No. 20cr10271 |
| DAVID DEQUATTRO | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DAVID DEQUATTRO                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to Commit Federal Programs Bribery, in violation of 18 USC 371
   Federal Programs Bribery, and Aiding and Abetting, in violation of 18 USC 666(a)(2), 18 USC 2

Date:   11/12/2020                                                   /s/ Judith Gail Dein
                                                                        *Issuing officer's signature*

City and state:   Boston, MA                                          Hon. Judith G. Dein, U.S. Magistrate Judge
                                                                        *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                        *Arresting officer's signature*

                                                                        *Printed name and title*