UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
UNITED STATES OF AMERICA            )
                                    )
v.                                  )     No. 20-CR-10271
                                    )
CEDRIC CROMWELL,                    )
            Defendant               )
                                    )
_____)

## **DEFENDANT CEDRIC CROMWELL'S MOTION TO DISMISS**

The Defendant, Cedric Cromwell ("Cromwell"), by and through undersigned counsel, hereby requests that the Court allow him to join *Defendant David DeQuatrro's Motion to Dismiss,* (Dkt. #34) and for the reasons set forth in the incorporated Memorandum of Law, respectfully moves to dismiss Counts 1, 2 and 3 of the Indictment in the above-captioned matter. Cromwell further expressly reserves the right to file a separate Motion to Dismiss Counts 6-10 of the Indictment. Cromwell requests that oral argument be held on this Motion.

WHEREFORE, Cromwell requests that the Court allow this Motion.

        Respectfully Submitted
        CEDRIC CROMWELL
        By His Attorney,

        _____
        Timothy R. Flaherty
        FLAHERTY LAW OFFICES
        699 Boylston Street, 12th Floor
        Boston, MA 02116
        (617) 227-1800
        BBO # 557477

Dated: January 19, 2021

## CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                           /s/ Timothy R. Flaherty
                               Timothy R. Flaherty