UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

v.                                          CRIMINAL NO. 1:20CR10271-DPW

Cedric Cromwell,
Defendant

FILED IN CLERKS OFFICE 2021 JAN 28 PM 1:20 U.S. DISTRICT COURT DISTRICT OF MASS.

### Motion to Release Certain Information in a Criminal Case

COMES NOW, Carlton Hendricks, Jr., an interested party, hereby moves this honorable court to release certain information which is the subject of this criminal matter, and in support thereof states the following:

1. My name is Carlton Hendricks Jr., and I am an Enrolled Member of the Mashpee Wampanoag Tribe.

2. I am also an Elected Tribal Councilor of the Mashpee Wampanoag Tribe, and have held this position since 2010.

3. As a duly elected Tribal official, it is my duty to promote and protect the political integrity of the Tribe and its members.

4. The present matter involves the former (?) Chairman of the Tribe, Cedric Cromwell.

5. While the Tribe is not presently a party to the matter, it is an interested party based on the presence of its highest ranking official as the defendant.

6. Because it is an interested party, I am therefore requesting the release of the following information and/or documents:

    a. Any and all documents that have been submitted either electronic, digital or hard copy regarding the above case.

    b. The Grand Jury Minutes/recordings for USA vs. Cedric Cromwell case#1:20CR10271-DPW

    c. Any and all discovery that are in the possession of the Federal Government.

WHEREFOR, Carlton Hendricks, Jr. hereby respectfully requests this Court grant the above requested relief.

Respectfully submitted,

Carlton Hendricks, Jr.

Dated: / ─ 08-2020

Address [illegible]
Phone Number 774-238-1075
Email c.hendricks70@gmail.com

U.S. POSTAGE PAID
FCM LETTER
FORESTDALE, MA
02644
JAN 26, 21
AMOUNT
$3.60
R2304P119088-03

SCREENED

Clerk of Courts
1 Courthouse way
Boston, ma. 02210

CERTIFIED MAIL

7020 1290 0001 1013 5976

Mr. Carlton Hendricks
12 Somerset Rd
Mashpee, MA 02649