UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,  )
                           )
v.                         )
                           )
CEDRIC CROMWELL, and       )   Criminal No. 20-10271-DPW
DAVID DEQUATTRO,           )
                           )
        Defendants.        )

## VERDICT

### COUNT ONE
**Conspiracy to Commit Federal Programs Bribery**
**(18 U.S.C. § 371)**

With respect to Count One, we, the jury, find
the defendant **Cedric Cromwell**:

(ANSWER "NOT GUILTY" OR "GUILTY")        Not Guilty.

With respect to Count One, we, the jury, find
the defendant **David DeQuattro**:

(ANSWER "NOT GUILTY" OR "GUILTY")        Not Guilty.

1

## COUNT TWO

### Bribery Concerning Programs Receiving Federal Funds
### (18 U.S.C. § 666(a)(1)(B))

With respect to Count Two, we, the jury, find the defendant **Cedric Cromwell**:

(ANSWER "NOT GUILTY" OR "GUILTY")  _____Guilty_____.

## COUNT THREE

### Bribery Concerning Programs Receiving Federal Funds
### (18 U.S.C. § 666(a)(1)(B))

With respect to Count Three, we, the jury, find the defendant **Cedric Cromwell**:

(ANSWER "NOT GUILTY" OR "GUILTY")  _____Guilty_____.

With respect to Count Three, we, the jury, find the defendant **Cedric Cromwell**:

corruptly solicited and accepted on or about August 5, 2016, a bribe from RGB of a Bowflex Revolution home gym valued at $1,700.

(ANSWER "YES" OR "NO")  _____Yes_____.

corruptly solicited and accepted on or about January 12, 2017, a bribe of $4,000 from RGB.

(ANSWER "YES" OR "NO")  _____No_____.

corruptly solicited and accepted on or about May 18, 2017, a bribe paid of $1,849.37 by RGB for a stay at the Seaport Boston Hotel.

(ANSWER "YES" OR "NO")  _____Yes_____.

## COUNT FOUR
### Bribery Concerning Programs Receiving Federal Funds
### (18 U.S.C. § 666(a)(2))

With respect to Count Four, we, the jury, find the defendant **David DeQuattro**:

**(ANSWER "NOT GUILTY" OR "GUILTY")**     ___Not Guilty___.

## COUNT FIVE
### Bribery Concerning Programs Receiving Federal Funds
### (18 U.S.C. § 666(a)(2))

With respect to Count Five, we, the jury, find the defendant **David DeQuattro**:

**(ANSWER "NOT GUILTY" OR "GUILTY")**     ___Guilty___.

With respect to Count Five, we, the jury, find the defendant **David DeQuattro**:

  corruptly gave on or about August 5, 2016, on behalf of RGB a bribe to Mr. Cromwell of a Bowflex Revolution home gym valued at $1,700.

  **(ANSWER "YES" OR "NO")**     ___Yes___.

  corruptly gave on or about January 12, 2017, a bribe to Mr. Cromwell of $4,000 on behalf of RGB.

  **(ANSWER "YES" OR "NO")**     ___No___.

  corruptly gave on or about May 18, 2017, a bribe of $1,849.37 to Mr. Cromwell paid by RGB for a stay at the Seaport Boston Hotel.

  **(ANSWER "YES" OR "NO")**     ___Yes___.

3

## COUNT SIX
### Conspiracy to Commit Extortion (18 U.S.C. § 1951)

With respect to Count Six, we, the jury, find the defendant **Cedric Cromwell**:

(ANSWER "NOT GUILTY" OR "GUILTY")      _Guilty_.

## COUNT SEVEN
### Extortion (18 U.S.C. § 1951)

With respect to Count Seven, we, the jury, find the defendant **Cedric Cromwell**:

(ANSWER "NOT GUILTY" OR "GUILTY")      _Guilty_.

## COUNT EIGHT
### Extortion (18 U.S.C. § 1951)

With respect to Count Eight, we, the jury, find the defendant **Cedric Cromwell**:

(ANSWER "NOT GUILTY" OR "GUILTY")      _Guilty_.

## COUNT NINE
### Extortion (18 U.S.C. § 1951)

With respect to Count Nine, we, the jury, find the defendant **Cedric Cromwell**:

(ANSWER "NOT GUILTY" OR "GUILTY")      _Not Guilty_.

## COUNT TEN
### Extortion (18 U.S.C. § 1951)

With respect to Count Ten, we, the jury, find the defendant **Cedric Cromwell**:

(ANSWER "NOT GUILTY" OR "GUILTY")      _Guilty_.

5/5/22
DATE

_[signature]_
FOREPERSON