<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

</div>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CEDRIC CROMWELL,<br><br>Defendant. | Crim. Action No. 1:20-cr-10271-NMG |

<div align="center">

**DEFENDANT'S ASSENTED-TO MOTION TO SEAL HIS**
**MOTION TO POSTPONE HIS SELF-REPORT DATE**

</div>

Defendant Cedric Cromwell, by and through his undersigned counsel, hereby moves this Court for an Order sealing his contemporaneously-submitted Assented-to Motion to Postpone his Self-Report Date (the "Motion to Postpone"). In support of this Motion, undersigned counsel states that the Motion to Postpone contains confidential and private information relating to Defendant's medical conditions that should not be included on the public docket.

Undersigned counsel further states that he has conferred with counsel for the United States regarding this matter, and the United States assents to this Motion to Seal.

WHEREFORE, Defendant respectfully requests that this Court issue an Order sealing his contemporaneously submitted Motion to Postpone.

<div align="right" style="display:block">

Respectfully submitted,

/s/ Daniel J. Cloherty
Daniel J. Cloherty (BBO #565772)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160
dcloherty@clohertysteinberg.com

</div>

Date: March 4, 2026    *Attorney for Defendant Cedric Cromwell*

*Motion allowed. NMGorton, SUSDJ 03/05/2026*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to all counsel of record who are registered participants as identified on the Notice of Electronic Filing (NEF) on March 4, 2026.

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty