UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 20-10271-NMG |
| | ) | |
| CEDRIC CROMWELL, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION
FOR TWO ADDITIONAL MONTHS TO SELF-REPORT**

The defendant is scheduled to self-report to the Bureau of Prisons on June 30, 2026, to start serving the 42-month sentence of imprisonment imposed on November 5, 2025.

The undersigned AUSA has learned from the Bureau of Prisons that its Office of Medical Designations and Transportation, which is aware of the defendant's complicated medical situation, has designated the defendant to the Federal Medical Center in Springfield, Missouri, which will have a bed available on June 30, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  */s/ Christine Wichers*
Christine Wichers
Assistant U.S. Attorney

**Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 21, 2026.

*/s/ Christine Wichers*
Christine Wichers